# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DUKE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC., et al.<br><br>Defendants. | Case No: 18-cv-02081-LAB-NLS<br><br>**ORDER OF DISMISSAL** |

After Defendant Adidas America, Inc. removed this action from state court, it moved to dismiss, and plaintiff moved to remand. Then the parties jointly moved to stay briefing, which the Court granted. Plaintiff has now filed a notice of voluntary dismissal without prejudice. (Docket no. 18.) Adidas America has not answered or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is therefore **DISMISSED WITHOUT PREJUDICE**. The pending motions (Docket nos. 6, 11, and 15) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATE: July 5, 2019

*[signature]*
Honorable Larry A. Burns
Chief United States District Judge

- 1 -